1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| THERESA RAPOZO, | No. 1:19-cv-00963-DAD-SAB |
| Plaintiff, | |
| v. | ORDER REMANDING ACTION TO THE KINGS COUNTY SUPERIOR COURT OF CALIFORNIA |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | (Doc. No. 10) |

On August 2019, the parties stipulated to remand of this action to the Kings County Superior Court.  (Doc. No. 10.)  Accordingly, and pursuant to the parties' stipulation, this action is remanded, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 9, 2019**                    _____
                                                UNITED STATES DISTRICT JUDGE

1